716

## Commonwealth *v.* Patrick, Appellant.

Before TREDINNICK, J. Submitted September 12, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed on the opinion of TREDINNICK, J., of the court below.

## Commonwealth *v.* Pears, Appellant.

Before CAIN, JR., J., without a jury. Submitted June 16, 1975. *Arthur L. Gutkin*, and *Berkowitz and Gutkin*, for appellant; *Steven H. Goldblatt*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Polomchak, Appellant.

Before PODCASY, J., without a jury. Submitted September 8, 1975. *Barry A. Yelen*, Assistant Public Defender, for appellant; *Patrick J. Toole, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.